# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**CORDERELL OLIVER, aka Demone Tinsley,**

    Petitioner,

v.

**WARDEN JOSEPH H. HEADLEY, et al.,**

    Respondents.

Case No. 2:22-cv-00653-RDP-HNJ

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 5) on October 30, 2023, recommending that the court deny Petitioner Corderell Oliver's ("Oliver") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 as untimely filed and dismiss his claims with prejudice. The Magistrate Judge further recommended that the court deny Oliver a certificate of appealability. (Doc. 5). No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Oliver's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is due to be denied as untimely filed and his claims are due to be dismissed with prejudice. The court further finds that a certificate of appealability is due to be denied. A final judgment will be entered.

**DONE** and **ORDERED** this November 29, 2023.

                                                          **R. DAVID PROCTOR**
                                                          UNITED STATES DISTRICT JUDGE